**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>Plaintiff,<br><br>v.<br><br>**MIGUEL ANGEL MARQUEZ-ROSARIO,**<br>Defendant. | **INDICTMENT**<br><br>CRIMINAL NO. 26-121 (MAJ)<br><br>**VIOLATIONS:**<br>18 U.S.C. § 2252A(a)(1)<br>18 U.S.C. § 2252A(a)(5)(B)<br><br>**TWO COUNTS &**<br>**FORFEITURE ALLEGATION** |

**THE GRAND JURY CHARGES:**

**COUNT ONE**
**Transportation of Child Exploitation Material**
(Title 18, United States Code, Section 2252A(a)(1))

From in or about February 2026, through on or about March 2, 2026, in the District of Puerto Rico, and within the jurisdiction of this Court, the defendant,

**MIGUEL ANGEL MARQUEZ-ROSARIO,**

did knowingly transport, using a means and facility of interstate and foreign commerce, and in or affecting interstate and foreign commerce by any means, including by a Samsung Galaxy A15 mobile device, any child pornography as defined by Title 18, United States Code, Section 2256(8)(A). All in violation of Title 18, United States Code, Section 2252A(a)(1) and (b)(1).

**COUNT TWO**
**Possession of Child Exploitation Material**
(Title 18, United States Code, Section 2252A(a)(5)(B))

From in or about February 2026, through on or about March 2, 2026, in the District of Puerto Rico, and within the jurisdiction of this Court, the defendant,

**MIGUEL ANGEL MARQUEZ-ROSARIO,**

knowingly possessed, and accessed with intent to view, any material containing an image of child pornography as defined by Title 18, United States Code, Section 2256(8)(A), that has been mailed,

1

shipped and transported using any means and facility of interstate and foreign commerce, and was produced using materials which had been mailed, shipped and transported in or affecting interstate and foreign commerce by any means, including by computer device, that is: the defendant, using electronic devices, such as, a Samsung Galaxy A15 mobile device, possessed images of child pornography, including child pornography of a prepubescent minor or a minor who had not attained 12 years of age. All in violation of Title 18, United States Code, Section 2252A(a)(5)(B) and (b)(2).

## FORFEITURE ALLEGATION

The allegations of this Indictment are re-alleged as if fully set forth herein, for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 2253.

If convicted of the offense set forth above, **MIGUEL ANGEL MARQUEZ-ROSARIO,** the defendant herein, shall forfeit to the United States, any and all materials or property used or intended to be used in the possession, receipt, transportation, and distribution of child pornography, including but not limited to: a Samsung Galaxy A15 mobile device. All pursuant to Title 18, United States Code, Section 2253.

W. STEPHEN MULDROW
United States Attorney

TRUE BILL,

Foreperson
Date: 9- IV - 2026

Jenifer Y. Hernández-Vega
Chief, Child Exploitation and
Immigration Unit

Emelina M. Agrait-Barreto
Assistant United States Attorney
Child Exploitation & Immigration Unit

2